# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 15-3051　　　　　　　　　　　　　　　　　　September Term, 2014

1:13-cr-00150-RC-1

Filed On: August 11, 2015 [1567288]

United States of America,

  Appellee

 v.

Kevin Eugene Mack,

  Appellant

## O R D E R

 The notice of appeal was filed on August 7, 2015, and docketed in this court on August 11, 2015. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs. It is, on the court's own motion,

 **ORDERED** that

  John Anthony Briley Jr.
  6205 30th Street, NW
  Washington, DC 20015-0000

a member of the bar of this court, be appointed to represent appellant. It is

 **FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | August 26, 2015 |
| Entry of Appearance Form | August 26, 2015 |
| Transcript Status Report | August 26, 2015 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-3051**                                                                 **September Term, 2014**

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                           BY:    /s/
                                           John J. Accursio
                                           Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Appointed Counsel Only:
      Criminal Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Instructional Cover Letter to Appointed Counsel
      CJA 20 Time and Expense Worksheets
      CJA 30 Time and Expense Worksheets